IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Harvey Lee Radney | ) | Case No: 15 C 9380 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Bayview Loan Servicing, LLC et al | ) | |

**ORDER**

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against the Defendant, NATIONSTAR MORTGAGE, LLC., only, with prejudice. Each party shall bear its own costs and attorney fees.

Date: 5/3/16                                          /s/ Judge John W. Darrah