# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HARVEY LEE RADNEY, | |
| Plaintiff, | Case No. 1:15-cv-09380 |
| v. | Honorable John W. Darrah |
| BAYVIEW LOAN SERVICING, LLC., CORELOGIC CREDCO, LLC., EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC. | |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Harvey Lee Radney and the defendant, Equifax Information Services, LLC., through their respective counsel that the above-captioned action is dismissed, with prejudice against Equifax Information Services, LLC., only, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 22, 2016                                   Respectfully Submitted,

/s/ Tameika Montgomery (*with consent*)        /s/ Mohammed O. Badwan
Tameika Montgomery                                  Mohammed O. Badwan
*Counsel for Equifax*                                   *Counsel for Plaintiff*
King & Spaulding, LLP.                               Sulaiman Law Group, LTD
1180 Peachtree Street NE,                           900 Jorie Boulevard
Atlanta, GA 30309                                       Suite 150
Phone: (404) 215-5957                                Oak Brook, Illinois 60523
                                                                  Phone: (630) 575-8181