# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Harvey Lee Radney ) | Case No: 15 C 9380 |
| ) | |
| v. ) | Judge: John W. Darrah |
| ) | |
| Bayview Loan Servicing, LLC et al ) | |

## ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Harvey Lee Radney and the defendant, Equifax Information Services, LLC., through their respective counsel that the above-captioned action is dismissed, with prejudice against Equifax Information Services, LLC., only, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees. Status hearing set for 6/30/16 is re-set to 9/8/16 at 9:30 a.m.

Date:  6/24/16                                          /s/ Judge John W. Darrah