# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

HARVEY LEE RADNEY,

Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC., et al

Defendants.

Case No: 1:15-cv-09380

Honorable John W. Darrah

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Harvey Lee Radney ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, Bayview Loan Servicing, LLC., settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 26th day of September, 2016

Respectfully Submitted,

s/ Mohammed O. Badwan
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Mohammed O. Badwan
Mohammed O. Badwan
