# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HARVEY LEE RADNEY, | |
| Plaintiff, | Case No. 1:15-cv-09380 |
| v. | Honorable John W. Darrah |
| BAYVIEW LOAN SERVICING, LLC, et al | |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Harvey Lee Radney and the defendant, Bayview Loan Servicing, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against Bayview Loan Servicing, LLC, only, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 2, 2016                                                                           Respectfully Submitted,

/s/ James V. Noonan (*with consent*)                    /s/ Mohammed O. Badwan
James V. Noonan                                                         Mohammed O. Badwan
*Counsel for Bayview Loan Servicing, LLC*         *Counsel for Plaintiff*
Noonan & Lieberman, Ltd.                                       Sulaiman Law Group, LTD
105 W. Adams St., Suite 1800                                 900 Jorie Boulevard, Suite 150
Chicago, IL 60603                                                     Oak Brook, Illinois 60523
Phone: (312) 431-1455                                            Phone: (630) 575-8181