## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Harvey Lee Radney
                                        Plaintiff,

v.                                      Case No.: 1:15−cv−09380
                                        Honorable John W. Darrah

Bayview Loan Servicing, LLC, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, November 15, 2016:


MINUTE entry before the Honorable John W. Darrah: Status hearing set for 11/16/16 is re−set to 1/18/17 at 9:30 a.m. Pursuant to the AGREED STIPULATION of Dismissal, defendant Bayview Loan Servicing, LLC, is dismissed from this action. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.