# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HARVEY LEE RADNEY, | |
| Plaintiff, | Case No. 1:15-cv-09380 |
| v. | Honorable Robert M. Dow, Jr. |
| EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, HARVEY LEE RADNEY and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., through his respective counsel that the above-captioned action is dismissed, with prejudice, against Defendant, EXPERIAN INFORMATION SOLUTIONS, INC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 16, 2017                                                     Respectfully Submitted,

**HARVEY LEE RADNEY**                                           **EXPERIAN INFORMATION SOLUTIONS, INC.**

/s/ Mohammed O. Badwan                                        /s/ Jamie Ward (*with consent*)
Mohammed O. Badwan                                             Jamie Ward
*Counsel for Plaintiff*                                                   *Counsel for Experian Information Solutions, Inc.*
Sulaiman Law Group, LTD                                         Jones day
900 Jorie Boulevard, Suite 150                                  77 West Wacker Drive
Oak Brook, Illinois 60523                                           Chicago, Illinois 60601
Phone: (630) 575-8181                                              Phone: (312) 782-3939
mbadwan@sulaimanlaw.com                                   jamieward@jonesday.com