UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Harvey Lee Radney
                              Plaintiff,
v.                                              Case No.: 1:15−cv−09380
                                                Honorable Robert M. Dow Jr.
Nationstar Mortgage, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 17, 2017:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the agreed stipulation of dismissal with prejudice [112] filed on 5/16/2017, Defendant Experian Information Solutions, Inc. is dismissed with prejudice, each party shall bear its own costs and attorney fees. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.