# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Harvey Lee Radney

                                                Plaintiff,

v.                                                                                   Case No.: 1:15−cv−09380
                                                                                   Honorable Robert M. Dow Jr.

Nationstar Mortgage, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 23, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the status report [115] filed by Plaintiff on 10/20/2017 confirming that all Defendants in this case have been dismissed, the status hearing set for 10/25/2017 is stricken and this civil case is terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.